(130 So. 374)

**CITY OF MOBILE v. W. F. COLLINS.**

1 Div. 620.

Supreme Court of Alabama.

Oct. 9, 1930.

Rehearing Denied Nov. 6, 1930.

D. R. Coley, Jr., of Mobile, for petitioner.

Vincent F. Kilborn, of Mobile, for respondent.

BOULDIN, J.

Petition of W. F. Collins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in City of Mobile v. Collins, 130 So. 369.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.